IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM "LUKE" PETTIGREW** and **DOREEN A. PETTIGREW,** | : : | **CIVIL ACTION NO. 1:05-CV-468** |
| Plaintiffs | : : | (Judge Conner) |
| v. | : : | |
| **MIDDLETOWN AREA SCHOOL DISTRICT,** | : : | |
| Defendant | : | |

## SHOW CAUSE ORDER

On March 4, 2005, a summons was issued in the captioned action. No return of service has been filed to date. Accordingly, **IT IS HEREBY ORDERED THAT** within fifteen (15) days of the date of this order Plaintiff shall show cause why this action should not be dismissed for failure to serve the summons and complaint within 120 days pursuant to Federal Rule of Civil Procedure 4(m).

     S/ Christopher C. Conner
     CHRISTOPHER C. CONNER
     United States District Judge

Dated:     August 8, 2005