## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM "LUKE" PETTIGREW and DOREEN A. PETTIGREW, | : | CIVIL ACTION NO. 1:05-CV-0468 |
| | : | |
| | : | (Judge Conner) |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| MIDDLETOWN AREA SCHOOL DISTRICT, | : | |
| | : | |
| | : | |
| Defendant | : | |

### ORDER

AND NOW, this 6th day of September, 2005, upon consideration of the order of court dated August 26, 2005 (Doc. 7), directing plaintiffs to show cause why the above-captioned case should not be dismissed for failure to effect service of process, and of plaintiffs' response thereto (Doc. 8), averring that plaintiffs, originally proceeding pro se in this matter, did not understand how to serve the complaint but have recently retained the services of counsel who will file and effect service of an amended complaint, and it appearing that plaintiffs have shown cause for failing to effect service, see FED. R. CIV. P. 4(m), it is hereby ORDERED that, on or before October 2, 2005, plaintiff shall file and effect service of an amended complaint.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge