# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM "LUKE" PETTIGREW and DOREEN A. PETTIGREW,** : | **CIVIL ACTION NO. 1:05-CV-0468** |
| : | **(Judge Conner)** |
| **Plaintiffs** : | |
| v. : | |
| **MIDDLETOWN AREA SCHOOL DISTRICT,** : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 15th day of November, 2005, upon consideration of the order of court (Doc. 4) dated August 8, 2005, directing plaintiffs to show cause why the action should not be dismissed for failure to serve the summons and complaint within 120 days pursuant to Federal Rule of Civil Procedure 4(m), the order of court (Doc. 9) dated September 6, 2005, directing plaintiffs to file their amended complaint and effect service thereof on or before October 2, 2005, and the order of court (Doc. 13) dated October 12, 2005, granting plaintiffs an extension of time[1] until November 14, 2005 to file their amended complaint and effect service thereof, and it appearing that plaintiffs have not filed their amended complaint or effected service thereof as of the date of this order, it is hereby ORDERED that:

---

[1] The court notes that plaintiffs' motion (Doc. 12) for an extension of time was filed over a week after the deadline to file the amended complaint and effect service thereof.

1. Plaintiffs shall file, on or before November 23, 2005, a response showing cause why this action should not be dismissed for failure to effect service or failure to prosecute. See FED. R. CIV. P. 4(m), 41(b).

2. No further enlargements of time shall be granted absent exceptional circumstances.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge