# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM "LUKE" PETTIGREW and DOREEN A. PETTIGREW,** : | **CIVIL ACTION NO. 1:05-CV-0468** |
| : | |
| : | **(Judge Conner)** |
| **Plaintiffs** : | |
| : | |
| v. : | |
| : | |
| **MIDDLETOWN AREA SCHOOL DISTRICT,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 3rd day of July, 2007, upon consideration of the joint status report (Doc. 42), stating that the parties need additional time to pursue settlement discussions and requesting that the stay of proceedings be extended, it is hereby ORDERED that:

1. The joint status report (Doc. 42) is CONSTRUED as a motion to extend the stay of proceedings and is GRANTED as so construed.

2. Proceedings in this matter are STAYED through August 3, 2007.

3. The parties shall file a joint status report concerning the progress of settlement discussions on August 3, 2007, or upon the conclusion of the settlement discussions, whichever first occurs.

                                                     S/ Christopher C. Conner
                                                     CHRISTOPHER C. CONNER
                                                     United States District Judge